## VEIWIG v. POLK.

SIMMONS, C. J.　This court has no jurisdiction to entertain a bill of exceptions sued out from the city court of Eastman. *Atkinson* v. *State*, 112 *Ga.* 402.
*Writ of error dismissed. All concurring, except Fish, J., absent.*

Submitted December 8, — Decided December 21, 1900.

Foreclosure of lien.　Before Judge Bishop.　City court of Eastman.　April term, 1900.

*E. Herrman*, for plaintiff in error.　*W. M. Clements*, contra.